IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLIE J. STEVENS,
Inmate # 97445–020,

 Plaintiff,

v.                    4:22cv415–WS/MAF

PATRICK AUSTIN, et al.,

 Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

 Before the court is the magistrate judge's report and recommendation (ECF No. 52) docketed February 2, 2024. The magistrate judge recommends that Defendant Patrick Austin, in his official capacity, be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has filed no objections to the report and recommendation.

 Having reviewed the record, the undersigned finds that the magistrate judge's report and recommendation is due to be adopted.

 Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 52) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant Patrick Austin is hereby DISMISSED from this case for failure to state a claim against Austin in his official capacity.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __7th__ day of __March__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE